# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 11-1101 | September Term, 2012 |
| | EPA-76FR15249 |
| | EPA-76FR43490 |
| | Filed On: July 12, 2013 |

Center for Biological Diversity, et al.,

     Petitioners

    v.

Environmental Protection Agency and Lisa Perez Jackson,

     Respondents

------------------------------

American Forest & Paper Association, et al.,
         Intervenors

------------------------------

Consolidated with 11-1285, 11-1328, 11-1336

**BEFORE:** Henderson, Tatel, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of respondent's motion for leave to file a supplemental appendix, the response thereto, and the lodged supplemental appendix, it is

**ORDERED** that the motion be dismissed as moot in light of the court's opinion issued herein this date.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk