# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

**No. 11-1101**  September Term, 2012

EPA-76FR15249
EPA-76FR43490

Filed On: July 12, 2013 [1446226]

Center for Biological Diversity, et al.,

      Petitioners

    v.

Environmental Protection Agency and Lisa Perez Jackson,

      Respondents

------------------------------

American Forest & Paper Association, et al.,

      Intervenors

------------------------------

Consolidated with 11-1285, 11-1328, 11-1336

## O R D E R

    It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

          BY:    /s/
                    Michael C. McGrail
                    Deputy Clerk