# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 11-1101**  **September Term, 2014**

EPA-76FR15249

**Filed On:** July 24, 2015

Center for Biological Diversity, et al.,

    Petitioners

    v.

Environmental Protection Agency and Gina McCarthy,

    Respondents

------------------------------

American Forest & Paper Association, et al.,
    Intervenors

------------------------------

Consolidated with 11-1285, 11-1328, 11-1336

**BEFORE:** Henderson, Tatel, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of respondent-intervenors' motion to extend the deadline to petition for rehearing, respondent-intervenors' petition for panel rehearing filed on May 11, 2015, and the response and the corrected response thereto, it is

**ORDERED** that the motion to extend be dismissed as moot in light of the timely filing of a petition for rehearing on May 11, 2015. It is

**FURTHER ORDERED** that the petition for rehearing be denied.

**Per Curiam**

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                    BY:    /s/
                              Michael C. McGrail
                              Deputy Clerk